

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2020

No. 04-20-00120-CV

**IN RE** Brandon **HJELLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

On February 24, 2020, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. On February 25, 2020, this court invited the respondent and the real party in interest, Red McCombs Energy Motors, Ltd., to file a response to the petition in this court no later than March 11, 2020. Our February 25, 2020 order stated as follows:

> Relator's request for a stay is GRANTED, in part. The trial court's orders regarding payment of attorney's fees, including its January 30, 2020, "Order Granting Motion for Attorney's Fees" and all proceedings on "Plaintiff's Motion to Enforce Attorney's Fees Order, to Show Cause and to Enter Sanctions" are STAYED pending final resolution of the petition for writ of mandamus.

On February 28, 2020, Red McCombs Energy Motors, Ltd. filed a motion asking this court to either reconsider or clarify its order granting the partial stay. The motion is GRANTED IN PART. Our February 25, 2020 stay order does not preclude Red McCombs Energy Motors, Ltd. from seeking a final judgment in the underlying case and seeking an award of contingent appellate fees.

Red McCombs Energy Motors, Ltd. is ORDERED to seek entry of a final judgment from the trial court and file in this court a copy of the final judgment **no later than April 14, 2020**.

---

[1] This proceeding arises out of Cause No. 2018CI15792, styled *Red McCombs Motors, Ltd. v. Brandon Hjella*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

It is so **ORDERED** on March 27, 2020.

PER CURIAM

ATTESTED TO:

Michael A. Cruz,
Clerk of Court